MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
Jennifer N. Wahlgren (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3174
Facsimile: (415) 986-8054

Attorneys for Defendants
NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY and NATIONWIDE MUTUAL
INSURANCE COMPANY (SUCCESSOR IN
INTEREST FOR FARMLAND MUTUAL
INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO RAYGOZA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN DANIEL MARFIL; TIMOTHY RUSSELL WYLIE; NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 3 to 10.<br><br>Defendants. | CASE NO. 2:19-cv-01251-MCE-KJN<br><br>**STIPULATION TO STAY LITIGATION; ORDER** |

Plaintiff Rodolfo Raygoza ("Plaintiff") and Defendant Nationwide Mutual Insurance Company (successor in interest to Farmland Mutual Insurance Company) ("Nationwide Mutual") (collectively, the "Parties") stipulate as follows:

WHEREAS, Plaintiff filed this action (the "Coverage Action") against Nationwide Mutual and other defendants, now dismissed.[1] Plaintiff has asserted a claim in this action against Nationwide Mutual for "Underinsured Coverage Bad Faith" seeking, among other things, insurance coverage for injuries he allegedly suffered as a result of a motor vehicle collision.

---

[1] Nationwide Mutual is the only defendant remaining in this action. Plaintiff dismissed Jonathan Daniel Marfil and Timothy Russell Wylie on May 31, 2019. (ECF 1-2, p. 22.) Plaintiff dismissed Nationwide Agribusiness Insurance Company on September 13, 2019.

Plaintiff and Nationwide Mutual do not agree as to the amount of damages recoverable by Plaintiff under the at-issue Nationwide Mutual policy.

WHEREAS, Plaintiff and Nationwide Mutual are also parties to a pending Underinsured Motorist Arbitration ("UIM Arbitration"). The date of the arbitration hearing has not been scheduled. The UIM Arbitration may resolve the issue of the amount of damages recoverable by Plaintiff under the at-issue Nationwide Mutual policy.

WHEREAS, the Parties have met and conferred and agree that the outcome of the UIM Arbitration will affect, and may resolve, the insurance coverage disputes currently at issue in this Coverage Action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The Coverage Action shall be stayed until notice from Plaintiff that the UIM Arbitration has resolved by settlement, award, or otherwise. The Parties will file a status report to the Court in this action regarding the status of the UIM Arbitration by no later than March 30, 2020.

SO STIPULATED.

Dated: September 13, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Matthew S. Foy
Matthew S. Foy
Jennifer N. Wahlgren
Attorneys for Defendants
NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY (successor in interest to FARMLAND MUTUAL INSURANCE COMPANY)

Dated: September 13, 2019

STEARNS LAW GROUP, PC

By: /s/ Georgia A. Stearns (as authorized on 09/13/19)
Georgia A. Stearns
Attorneys for Plaintiff
RODOLFO RAYGOZA

**ORDER**

Pursuant to the above Stipulation entered into by the Parties, it is hereby ordered that the Coverage Action is hereby stayed until notice from Plaintiff that the UIM Arbitration has resolved by settlement, award, or otherwise. The Parties will file a status report to the Court in this action regarding the status of the UIM Arbitration by no later than March 30, 2020.

IT IS SO ORDERED.

Dated: September 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE