GEORGIA A. STEARNS (SBN 178156)
STEARNS LAW GROUP, PC
P.O. Box 1471
570 Sixth Street, Suite A
Williams, California 95987
Telephone: (530) 473-2100
Facsimile: (530) 473-2110

Attorney for Rodolfo Raygoza

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| RODOLFO RAYGOZA, | ) Case No.: 2:19-cv-01251-MCE-KJN |
|---|---|
| Plaintiff, | ) ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation [FRCP 41(a)] |
| v. | |
| JONATHAN DANIEL MARFIL; TIMOTHY RUSSELL WYLIE; NATIONWIDE AGRIBUSINSS INSURANCE COMPANY, an Iowa Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation; and DOES 3 TO 10, | |
| Defendants. | |

The Plaintiff, RODOLFO RAYGOZA, and Defendant, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, by and through their counsel of record, having reached a resolution as to the proper party Defendant to be named in these proceedings and having stipulated to the dismissal of Defendant NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation; and good cause appearing,

///

///

///

///

///

1     IT IS HEREBY ORDERED that Defendant NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, is DISMISSED from this action, which shall proceed on Plaintiff's remaining claims.

    IT IS SO ORDERED.

Dated: September 30, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE