MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
Jennifer N. Wahlgren (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3174
Facsimile: (415) 986-8054

Attorneys for Defendants
NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY and NATIONWIDE MUTUAL
INSURANCE COMPANY(SUCCESSOR IN INTEREST TO FARMLAND MUTUAL
INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO RAYGOZA,<br><br>               Plaintiff,<br><br>vs.<br><br>JONATHAN DANIEL MARFIL; TIMOTHY RUSSELL WYLIE; NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 3 to 10.<br><br>               Defendants. | CASE NO. 2:19-cv-01251-MCE-KJN<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF LITIGATION; ORDER** |

RODOLFO RAYGOZA ("Plaintiff") and NATIONWIDE MUTUAL INSURANCE COMPANY as successor in interest to FARMLAND MUTUAL INSURANCE COMPANY ("Nationwide Mutual") (collectively the "Parties") submit the following Joint Status Report and Stipulation pursuant to the Court's Order dated September 26, 2019, directing the Parties to provide a status report in this action regarding the status of the underlying Underinsured Motorist Arbitration ("UIM Arbitration").

WHEREAS, Plaintiff filed this action against Nationwide Mutual and other defendants, which were subsequently dismissed (the "Coverage Action"). Plaintiff has asserted a claim in the Coverage Action for "Underinsured Coverage Bad Faith" alleging, among other things, that Nationwide Mutual unreasonably handled his underinsured motorist claim resulting from an automobile accident. Nationwide Mutual denies Plaintiff's claims and allegations in the Coverage Action, and the Parties do not agree as to the amount of damages recoverable by Plaintiff under the at-issue Nationwide Mutual policy.

WHEREAS, Plaintiff and Nationwide Mutual are also parties to a pending UIM Arbitration. The date of the arbitration hearing has not been scheduled in the UIM Arbitration.

WHEREAS, the Parties previously met and conferred, and agreed that the outcome of the UIM Arbitration will affect, and may resolve, the insurance coverage disputes currently at issue in this Coverage Action.

WHEREAS, the Parties previously stipulated that the Coverage Action should be stayed until the UIM Arbitration has resolved by settlement, award, or otherwise. This Court ordered that the Parties file a status report in this action regarding the status of the UIM Arbitration no later than March 30, 2020.

WHEREAS, mediation in the UIM Arbitration was scheduled for March 18, 2020. However, on March 16, 2020, the mediator cancelled the mediation due to the COVID-19 outbreak. The mediator offered to reschedule the mediation or to help the Parties find a new mediator once the COVID-19 situation stabilizes. Counsel for Plaintiff and Nationwide Mutual in the UIM Arbitration intend to pursue resetting the date for the mediation.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

WHEREAS, the Parties have met and conferred, and agree that the stay of the Coverage Action should remain in place as the UIM Arbitration is still pending and unresolved.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The Coverage Action should remain stayed until notice from Plaintiff that the UIM Arbitration has resolved by settlement, award, or otherwise. The Parties will file a status report in this action regarding the status of the UIM Arbitration by July 31, 2020.

SO STIPULATED.

Dated: March 26, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Matthew S. Foy
Matthew S. Foy
Jennifer N. Wahlgren
Attorneys for Defendants
NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY (as successor in interest to FARMLAND MUTUAL INSURANCE COMPANY)

Dated: March 26, 2020

STEARNS LAW GROUP, PC

By: /s/ Georgia Stearns (as authorized on 3/25/20)
Georgia A. Stearns
Attorneys for Plaintiff
RODOLFO RAYGOZA

## **ORDER**

Pursuant to the above Stipulation entered into by the Parties,

IT IS HEREBY ORDERED:

The Coverage Action shall remain stayed until notice from Plaintiff that the UIM Arbitration has resolved by settlement, award, or otherwise. The Parties will file a status report to the Court in this action regarding the status of the UIM Arbitration by July 31, 2020.

IT IS SO ORDERED.

DATED: March 30, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE