MATTHEW S. FOY  (SBN:  187238)
mfoy@grsm.com
JENNIFER N. WAHLGREN  (SBN:  249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-3174
Facsimile:  (415) 986-8054

Attorneys for Defendants
NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY and NATIONWIDE MUTUAL
INSURANCE COMPANY(SUCCESSOR IN INTEREST TO FARMLAND MUTUAL
INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO RAYGOZA,<br><br>                                 Plaintiff,<br><br>            vs.<br><br>JONATHAN DANIEL MARFIL; TIMOTHY RUSSELL WYLIE; NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 3 to 10.<br><br>                                 Defendants. | CASE NO.  2:19-cv-01251-MCE-KJN<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF LITIGATION; [PROPOSED] ORDER** |

RODOLFO RAYGOZA ("Plaintiff") and NATIONWIDE MUTUAL INSURANCE COMPANY as successor in interest to FARMLAND MUTUAL INSURANCE COMPANY ("Nationwide Mutual") (collectively the "Parties") submit the following Joint Status Report and Stipulation pursuant to the Court's Order dated March 31, 2020, directing the Parties to provide a status report in this action regarding the status of the underlying Underinsured Motorist Arbitration ("UIM Arbitration").

WHEREAS, Plaintiff filed this action against Nationwide Mutual and other defendants, which were subsequently dismissed (the "Coverage Action").  Plaintiff has asserted a claim in the Coverage Action for "Underinsured Coverage Bad Faith" alleging, among other things, that

JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF LITIGATION;
ORDER

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Nationwide Mutual unreasonably handled his underinsured motorist claim resulting from an automobile accident. Nationwide Mutual denies Plaintiff's claims and allegations in the Coverage Action, and the Parties do not agree as to the amount of damages recoverable by Plaintiff under the at-issue Nationwide Mutual policy.

WHEREAS, Plaintiff and Nationwide Mutual are also parties to a pending UIM Arbitration. The date of the arbitration hearing has not been scheduled in the UIM Arbitration.

WHEREAS, the Parties previously met and conferred, and agreed that the outcome of the UIM Arbitration will affect, and may resolve, the insurance coverage disputes currently at issue in this Coverage Action.

WHEREAS, the Parties previously stipulated that the Coverage Action should be stayed until the UIM Arbitration has resolved by settlement, award, or otherwise. This Court ordered that the Parties file a status report in this action regarding the status of the UIM Arbitration no later than March 30, 2020.

WHEREAS, mediation in the UIM Arbitration was originally scheduled for March 18, 2020. However, on March 16, 2020, the mediator cancelled the mediation due to the COVID-19 outbreak. The mediator offered to reschedule the mediation or to help the Parties find a new mediator once the COVID-19 situation stabilizes.

WHEREAS, the Parties filed an additional stipulation that the Coverage Action should be stayed until the UIM Arbitration has resolved by settlement, award, or otherwise. This Court ordered that the Parties file a status report in this action regarding the status of the UIM Arbitration by no later than July 31, 2020.

WHEREAS, mediation of the UIM Arbitration has now been rescheduled for August 14, 2020, before Joe Genshlea via Zoom.

WHEREAS, the Parties have met and conferred, and agree that the stay of the Coverage Action should remain in place as the UIM Arbitration is still pending and unresolved.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

/ / /

/ / /

JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF LITIGATION; ORDER

**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    The Coverage Action should remain stayed until notice from Plaintiff that the UIM

2 Arbitration has resolved by settlement, award, or otherwise.  The Parties will file a further status

3 report in this action regarding the status of the UIM Arbitration by August 31, 2020.

4    SO STIPULATED.

5

6    Dated:  July 31, 2020              GORDON REES SCULLY MANSUKHANI,
                                        LLP

7                                       By:    /s/  Matthew S. Foy
8                                              Matthew S. Foy
                                               Jennifer N. Wahlgren
9                                       Attorneys for Defendants
                                        NATIONWIDE AGRIBUSINESS INSURANCE
10                                      COMPANY and NATIONWIDE MUTUAL
                                        INSURANCE COMPANY (as successor in
11                                      interest to FARMLAND MUTUAL
                                        INSURANCE COMPANY)
12

13

14   Dated:  July 31, 2020              STEARNS LAW GROUP, PC

15                                      By:    /s/ Georgia Stearns (as authorized on
                                               7/31/20)
16                                             Georgia A. Stearns
17                                      Attorneys for Plaintiff
                                        RODOLFO RAYGOZA
18

19

20

21

22

23

24

25

26

27

28

- 3 -

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1

## <u>ORDER</u>

2      Pursuant to the above Stipulation entered into by the Parties, it is hereby ordered that the

3   Coverage Action shall remain stayed until notice from Plaintiff that the UIM Arbitration has

4   resolved by settlement, award, or otherwise.  The Parties will file a further status report to the

5   Court in this action regarding the status of the UIM Arbitration by August 31, 2020.

6      IT IS SO ORDERED.

7   Dated:  August 3, 2020

8

9                                                   _____

10                                                  MORRISON C. ENGLAND, JR.
                                                    SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1191120/50748135v.1

JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF LITIGATION;
ORDER