MATTHEW S. FOY  (SBN:  187238)
mfoy@grsm.com
JENNIFER N. WAHLGREN  (SBN:  249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-3174
Facsimile:  (415) 986-8054

Attorneys for Defendants
NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY (SUCCESSOR IN INTEREST TO FARMLAND MUTUAL INSURANCE COMPANY)

GEORGIA A. STEARNS (SBN 178156)
STEARNS LAW GROUP, PC
P.O. BOX 1471
570 Sixth Street, Suite A
Williams, California 95987
Telephone:  (530) 473-2100
Facsimile: (530) 473-2110

Attorney for Plaintiff
RODOLFO RAYGOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO RAYGOZA,<br><br>                     Plaintiff,<br><br>     vs.<br><br>JONATHAN DANIEL MARFIL; TIMOTHY RUSSELL WYLIE; NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa Corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 3 to 10.<br><br>                     Defendants. | CASE NO.  2:19-cv-01251-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Rodolfo Raygoza voluntarily dismisses the above-captioned action, with prejudice.  The parties

to the action, including Plaintiff and Defendant Nationwide Mutual Insurance Company (successor in interest to Farmland Mutual Insurance Company)[1], hereby stipulate to the dismissal by and through their counsel of record.

The parties have agreed that each side shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:  August 31, 2020          STEARNS LAW GROUP, PC

                                 By:   /s/ Georgia A. Stearns (authorized
                                       on 8/30/20)
                                       Georgia A. Stearns (SBN 178156)
                                 Attorney for Plaintiff
                                 RODOLFO RAYGOZA

Dated:  August 31, 2020          GORDON REES SCULLY MANSUKHANI, LLP

                                 By:   /s/ Jennifer N. Wahlgren
                                       Matthew S. Foy  (SBN: 187238)
                                       Jennifer N. Wahlgren  (SBN: 249556)
                                 Attorneys for Defendants
                                 NATIONWIDE AGRIBUSINESS INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY (SUCCESSOR IN INTEREST TO FARMLAND MUTUAL INSURANCE COMPANY)

**ORDER**

Based on the foregoing Stipulation and good cause appearing, it is hereby ordered that the above-captioned action is DISMISSED in its entirety, with prejudice.  Each side shall bear its own costs and attorneys' fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 3, 2020

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant Nationwide Agribusiness Insurance Company was dismissed on September 13, 2019. (ECF No. 12.)